AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| RICHARD MILLER<br>*Plaintiff*<br>v.<br>HAWTHORN SENIOR LIVING, LLC, ET AL.<br>*Defendant* | ) ) ) ) ) ) Case No.  2:26-cv-01779-TLN-JDP |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF RICHARD MILLER                                                                    .

Date:  June 4, 2026

*/s/ Nareh Derhartounian*
*Attorney's signature*

Nareh Derhartounian CA Bar Number: 364270
*Printed name and bar number*

Lawyers *for* Justice, P.C.
450 N. Brand Blvd., Suite 900
Glendale, California 91203
*Address*

n.derhartounian@calljustice.com
*E-mail address*

(818) 265-1020
*Telephone number*

(818) 265-1021
*FAX number*